# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WEC 98C-3 LLC,<br><br>Plaintiff,<br>v.<br><br>SAKS INCORPORATED,<br><br>Defendant,<br>and<br><br>4 STRATFORD SQUARE MALL HOLDINGS, LLC,<br><br>Plaintiff-Intervenor,<br>v.<br><br>SAKS INCORPORATED,<br><br>Defendant. | Case No. 1:20-cv-04356<br><br>Honorable Harry D. Leinenweber |

## **Amended Judgment**

Upon consideration of Plaintiff-Intervenor 4 Stratford Square Mall Holdings, LLC's Motion for Partial Summary Judgment [Doc. No. 68] and Motion to Declare Judgment Final Pursuant to Federal Rule of Civil Procedure 54(b), to Permit Registration in Other Districts Pursuant to 28 U.S.C. § 1963, and Determine Prejudgment Interest [Doc. No. 105] and any opposition filed thereto is hereby:

ORDERED, that Judgment is issued in favor 4 Stratford Square Mall Holdings, LLC and against Defendant Saks, Inc. n/k/a/ SFA Holdings, Inc. in the amount of $4,512,444.31 for Basic Rent accrued and unpaid from February 1, 2018, through September 30, 2022; and it is further

ORDERED, that Judgment is also issued for accrued interest through September 30, 2022, in the amount of $818,627.75; and it is further

ORDERED, that because the remaining claims in the case are substantively and factually distinct, there is no just reason to delay enforcement and this Judgment is final pursuant to Federal Rule of Civil Procedure 54(b); and it is further

ORDERED, that good cause exists to permit registration of this Judgment in other districts pursuant to 28 U.S.C. § 1963.

Dated: March 8, 2023, nunc pro tunc to February 9, 2023.

_____
Harry D. Leinenweber
United States District Judge

Submitted By:

*Attorneys for 4 Stratford Square Mall Holdings, LLC*
Kori M. Bazanos (6228822)
Bazanos Law P.C.
20 N. Clark St., Ste. 3300
Chicago, Illinois 60602
(312) 578-0410
kori@bazanoslaw.com

Brent W. Procida, Esq. (*pro hac vice*)
VENABLE LLP
750 East Pratt Street – Suite 900
Baltimore, Maryland 21202
(410) 244-7400
bwprocida@venable.com